JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON R. KOERING,<br><br>        Petitioner,<br><br>vs.<br><br>F.B. HAWS, Warden,<br><br>        Respondent. | Case No. EDCV 09-00374-SJO (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  April 2, 2010

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE